IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MATTHEW CURTIS KING,

    *Plaintiff*,

v.                                           Case No.: 5:25cv317-MW/MJF

TIMOTHY REGISTER,

    *Defendant*.
_____/

**ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 9. The Report and Recommendation was returned as undeliverable and re-mailed to Plaintiff at his updated address on December 15, 2025. ECF No. 11. Three weeks have since passed to allow time for Plaintiff to receive the filing at his new address and mail objections, if any, but no objections have been filed. Accordingly, upon consideration, no objections having been filed by the parties,

    **IT IS ORDERED:**

The report and recommendation, ECF No. 9, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This action is **DISMISSED** under 28 U.S.C. § 1915A(b)(1)–(2)."

The Clerk shall close the file.

**SO ORDERED on January 5, 2026.**

                                        <u>**s/Mark E. Walker**</u>
                                        **United States District Judge**